# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:05CR163** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **ADAM SALINAS TREVINO,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Jon S. Natvig to withdraw as CJA court-appointed counsel for the defendant, Adam Salinas Trevino (Trevino) (Filing No. 71). Since retained counsel, William J. Pfeffer, has entered an appearance for Trevino (Filing No. 72), Mr. Natvig's motion to withdraw (Filing No. 71) is granted. Withdrawing counsel shall submit his CJA 20 voucher to the Office of the Federal Public Defender within forty-five (45) days of this order.

The clerk shall provide a copy of this order to the Office of the Federal Public Defender.

Mr. Natvig shall forthwith provide Mr. Pfeffer with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Natvig which are material to Trevino's defense.

**IT IS SO ORDERED.**

DATED this 27th day of July, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge