**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR163** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **ADAM SALINAS TREVINO,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Defendant's motion in limine and request for hearing (Filing No. 110).

IT IS ORDERED that the Defendant's motion in limine (Filing No. 110) is held in abeyance and will be heard in chambers at the meeting held on the morning of trial.

DATED this 7th day of October, 2005.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge