# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:05CR163** |
| vs. ) | |
| ) | **ORDER** |
| **ADAM SALINAS TREVINO,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the court on defendant's motion to continue trial (#147).

**IT IS ORDERED** that the motion is held in abeyance pending compliance with NECrimR 12.1. Defendant is given until **December 13, 2005** to file the required waiver.

**DATED December 8, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**