# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:05CR163 |
| vs. ) | |
| ) | ORDER |
| ADAM SALINAS TREVINO, ) | |
| DANIEL LEE WALKER, and ) | |
| CLEO JO WALKER, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on the motion of Adam Salinas Trevino to continue trial (#147). Defendant has filed a waiver of speedy trial in compliance with NECrimR 12.1. For cause shown,

**IT IS ORDERED** that defendant's Motion to Continue Trial (#147) is granted, as follows:

1. Trial of this matter is continued from December 13, 2005 to **February 14, 2006** before Judge Laurie Smith Camp and a jury.

2. The ends of justice will be served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **December 13, 2005 and February 14, 2006,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reasons stated in the motion, and considering the diligence of counsel. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

**DATED December 13, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**